UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KAREN M. JOLY,

       Plaintiff,

                                    Civil No. 07-6190-HA

       v.

                                    JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

       Based on the record,

       IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying plaintiff's application for benefits is AFFIRMED.

       Dated this   27   day of August, 2008.

                                               /s/ ANCER L. HAGGERTY
                                                ANCER L. HAGGERTY
                                        UNITED STATES DISTRICT JUDGE